[No. 12475-1-II.  Division Two.  October 31, 1990.]

HELEN FORRESTER, *Respondent,* v. THOMAS BROOKS, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 82-2-01100-4, Terence Hanley, J., entered December 16, 1988. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Pearson, J. Pro Tem.

[No. 12591-9-II.  Division Two.  November 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SARAH F. HELDMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 213369R010, Ronald C. Wilkinson, J. Pro Tem., entered January 9, 1989. *Vacated* and *remanded* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick and Morgan, JJ.

[No. 12929-9-II.  Division Two.  November 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM BARKER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-02930-1, D. Gary Steiner, J., entered May 24, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.